

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = third degree
Search Results: Displaying 17 of 232 entries



### *ALL ALONE 3.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001625752 / 2008-04-11 |
| **Application Title:** | ALL ALONE 3. |
| **Title:** | ALL ALONE 3. |
| **Description:** | 2 Videodiscs (DVD) |
| **Copyright Claimant:** | THIRD DEGREE FILMS. Address: 9035 INDEPENDENCE AVE., CANOGA PARK, CA 91304. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-04-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | THIRD DEGREE FILMS, employer for hire; Domicile: United States. |
| **Names:** | THIRD DEGREE FILMS |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT B**



# Public Catalog

Copyright Catalog (1978 to present)  
Search Request: Left Anchored Name = third degree  
Search Results: Displaying 21 of 232 entries



*Ass breeder 2.*

**Type of Work:** Motion Picture  
**Registration Number / Date:** PA0001303126 / 2005-12-23  
**Title:** Ass breeder 2.  
**Description:** Videodisc (DVD)  
**Copyright Claimant:** Third Degree Films  
**Date of Creation:** 2005  
**Date of Publication:** 2005-08-02  
**Copyright Note:** Cataloged from appl. only.  
**Names:** Third Degree Films





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = big butt oil orgy
Search Results: Displaying 1 of 2 entries



*Big Butt Oil Orgy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001737142 / 2011-03-31
**Application Title:** Big Butt Oil Orgy.
**Title:** Big Butt Oil Orgy.
**Description:** Videodisc (DVD)
**Copyright Claimant:** 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91304.
**Date of Creation:** 2009
**Date of Publication:** 2009-07-21
**Nation of First Publication:** United States
**Authorship on Application:** 3rd Degree Films, employer for hire; Domicile: United States. Authorship: entire motion picture.
**Names:** 3rd Degree Films



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = third degree
Search Results: Displaying 34 of 232 entries



*Big Loves :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001603790 / 2008-07-18
**Application Title:** Big Loves 3.
**Title:** Big Loves : 3.
**Description:** Videodisc (DVD)
**Copyright Claimant:** THIRD DEGREE FILMS. Address: 9035 INDEPENDENCE AVE, CANOGA PARK, CA, 91304, United States
**Date of Creation:** 2008
**Date of Publication:** 2008-05-20
**Nation of First Publication:** United States
**Authorship on Application:** THIRD DEGREE FILMS, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** JOSEPH WILSON, THIRD DEGREE FILMS, 9035 INDEPENDENCE AVE, CANOGA PARK, CA, 91304, United States, (818) 576-9007, megan@ztemail.com
**Names:** THIRD DEGREE FILMS





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = big loves
Search Results: Displaying 5 of 6 entries



*Big Loves 5.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001737132 / 2011-03-31 |
| **Application Title:** | Big Loves 5. |
| **Title:** | Big Loves 5. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91304. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-06-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | 3rd Degree Films |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bleached to the bone
Search Results: Displaying 2 of 3 entries



*Bleached to the Bone 2.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001728351 / 2011-01-24
**Application Title:** Bleached to the Bone 2.
**Title:** Bleached to the Bone 2.
**Description:** Videodisc (DVD)
**Copyright Claimant:** 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91302.
**Date of Creation:** 2009
**Date of Publication:** 2009-02-17
**Nation of First Publication:** United States
**Authorship on Application:** 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** 3rd Degree Films



**Save, Print and Email (Help Page)**
Select Download Format: Full Record — Format for Print/Save
Enter your email address: [        ] Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = bum rushed
Search Results: Displaying 1 of 2 entries



*Bum Rushed.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001737133 / 2011-03-31 |
| **Application Title:** | Bum Rushed. |
| **Title:** | Bum Rushed. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91304. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-06-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | 3rd Degree Films |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&Search_Arg=bum rushed&Search_Code=TALL...

1/1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = camel hoes
Search Results: Displaying 3 of 4 entries



*Camel hoe's 4.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001303120 / 2005-12-23
               **Title:** Camel hoe's 4.
        **Description:** Videodisc (DVD)
   **Copyright Claimant:** Third Degree Films
     **Date of Creation:** 2005
  **Date of Publication:** 2005-11-24
       **Copyright Note:** Cataloged from appl. only.
             **Names:** Third Degree Films

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = crack addict
Search Results: Displaying 3 of 9 entries



*Crack addict 4.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001303119 / 2005-12-23
**Title:** Crack addict 4.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Third Degree Films
**Date of Creation:** 2005
**Date of Publication:** 2005-10-18
**Copyright Note:** Cataloged from appl. only.
**Names:** Third Degree Films





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = crack addict
Search Results: Displaying 6 of 9 entries



*Crack addict :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001343058 / 2006-08-29
**Title:** Crack addict : no. 5.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Third Degree Films
**Date of Creation:** 2006
**Date of Publication:** 2006-05-23
**Names:** Third Degree Films



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record ▼ Format for Print/Save |
| Enter your email address: _____ Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = crack addict
Search Results: Displaying 7 of 9 entries



*Crack addict :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001373056 / 2007-05-02
**Title:** Crack addict : no. 6.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Third Degree Films
**Date of Creation:** 2007
**Date of Publication:** 2007-01-16
**Copyright Note:** Cataloged from appl. only.
**Names:** Third Degree Films





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = cum beggars
Search Results: Displaying 1 of 5 entries



*Cum beggars.*

              **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001263886 / 2005-02-11
                      **Title:** Cum beggars.
              **Description:** Videodisc (DVD)
    **Copyright Claimant:** Third Degree Films
        **Date of Creation:** 2004
   **Date of Publication:** 2004-12-14
                  **Names:** Third Degree Films



**Save, Print and Email (Help Page)**
Select Download Format   Full Record   Format for Print/Save
Enter your email address:    Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = don't tell my daddy
Search Results: Displaying 1 of 1 entries



*Don't tell my daddy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001246269 / 2004-11-01
**Title:** Don't tell my daddy.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Third Degree Films (employer for hire)
**Date of Creation:** 2004
**Date of Publication:** 2004-08-09
**Names:** Third Degree Films





---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = 3rd degree
Search Results: Displaying 67 of 195 entries



*Filthy 3.*

                **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001728282 / 2011-01-24
       **Application Title:** Filthy 3.
                    **Title:** Filthy 3.
          **Description:** Videodisc (DVD)
    **Copyright Claimant:** 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91302.
        **Date of Creation:** 2009
    **Date of Publication:** 2009-01-06
**Nation of First Publication:** United States
**Authorship on Application:** 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                   **Names:** 3rd Degree Films



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = oil rigs
Search Results: Displaying 2 of 8 entries



*Oil Rigs.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001728478 / 2011-01-24
**Application Title:** Oil Rigs.
**Title:** Oil Rigs.
**Description:** Videodisc (DVD)
**Copyright Claimant:** 3rd Degree Films. Address: 9035 Independence ave, canoga park, CA, 91304.
**Date of Creation:** 2008
**Date of Publication:** 2008-07-15
**Nation of First Publication:** United States
**Authorship on Application:** 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** 3rd Degree Films



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = only in your dreams
Search Results: Displaying 4 of 21 entries



### *Only in your Dreams.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001728353 / 2011-01-24
**Application Title:** Only in your Dreams.
**Title:** Only in your Dreams.
**Description:** Videodisc (DVD)
**Copyright Claimant:** 3rd Degree Films. Address: 9035 Independence Ave, Canoga Park, CA, 91304.
**Date of Creation:** 2007
**Date of Publication:** 2007-12-11
**Nation of First Publication:** United States
**Authorship on Application:** 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** 3rd Degree Films



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = pretty pussies
Search Results: Displaying 3 of 5 entries



### PRETTY PUSSIES PLEASE :

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001598318 / 2007-08-15 |
| **Application Title:** | PRETTY PUSSIES PLEASE 3. |
| **Title:** | PRETTY PUSSIES PLEASE : 3. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | THIRD DEGREE FILMS. Address: 9035 INDEPENDENCE AVE, CANOGA PARK, CA, 91304 |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-05-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | THIRD DEGREE FILMS, employer for hire; Domicile: United States. |
| **Names:** | THIRD DEGREE FILMS |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = pretty pussies
Search Results: Displaying 4 of 5 entries



### PRETTY PUSSIES PLEASE :

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001615689 / 2008-02-27
**Application Title:** PRETTY PUSSIES PLEASE 4.
**Title:** PRETTY PUSSIES PLEASE : 4.
**Description:** 2 Videodiscs (DVD)
**Copyright Claimant:** THIRD DEGREE FILMS. Address: 9035 INDEPENDENCE AVE, CANOGA PARK, CA, 91304.
**Date of Creation:** 2008
**Date of Publication:** 2008-02-12
**Nation of First Publication:** United States
**Authorship on Application:** THIRD DEGREE FILMS, employer for hire; Domicile: United States.
**Names:** THIRD DEGREE FILMS



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = pure sextacy
Search Results: Displaying 3 of 4 entries



*Pure Sextacy 3.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001625774 / 2008-04-11
**Application Title:** Pure Sextacy 3.
**Title:** Pure Sextacy 3.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Third Degree Films. Address: 9035 Independence Ave, Canoga Park, CA 91304.
**Date of Creation:** 2008
**Date of Publication:** 2008-03-04
**Nation of First Publication:** United States
**Authorship on Application:** Third Degree Films, employer for hire; Domicile: United States.
**Names:** Third Degree Films





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = ready wet go
Search Results: Displaying 1 of 6 entries



*Ready wet go.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001303125 / 2005-12-23 |
| **Title:** | Ready wet go. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Third Degree Films |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-09-06 |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Third Degree Films |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page